IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PROXIMITY SENSORS OF TEXAS, LLC**, <br>                     Plaintiff, <br> v. <br><br> **MICROSOFT CORP.**, <br>                     Defendants. | Case No. 6:17-cv-573- JRG-JDL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Proximity Sensors of Texas, LLC ("PST") and Defendant Microsoft Corporation ("Microsoft") hereby stipulate to the dismissal of PST's claims against Microsoft without prejudice, with each party to this stipulation to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: April 9, 2018 | Respectfully submitted, |
| /s/ *Timothy E. Grochocinski* | /s/ *Meghana RaoRane* |
| Timothy E. Grochocinski | Jonathan J. Lamberson |
| Illinois Bar No. 6295055 | California Bar No. 239107 |
| Joseph P. Oldaker | Meghana RaoRane |
| Illinois Bar No. 6295319 | California Bar No. 253531 |
| NELSON BUMGARDNER ALBRITTON PC | FISH & RICHARDSON P.C. |
| 15020 S. Ravinia Avenue, Suite 29 | 500 Arguello Street, Suite 500 |
| Orland Park, Illinois 60462 | Redwood City, California 94063 |
| P. (708) 675-1975 | P: (650) 839-5070 |
| tim@nbafirm.com | lamberson@fr.com |
| joseph@nbafirm.com | Raorane@fr.com |
| | |
| Ryan Griffin | Indranil Mukerji |
| Texas Bar No. 24053687 | Massachusetts Bar No. 644059 |
| NELSON BUMGARDNER ALBRITTON PC | FISH & RICHARDSON P.C. |
| 3131 West 7th Street, Suite 300 | 901-15th Street NW, Suite 700 |
| Fort Worth, Texas 76107 | Washington, D.C. 20005 |
| P: (817) 377-9111 | P: (202) 783-5070 |
| ryan@nbafirm.com | Mukerji@fr.com |
| | |
| *Attorneys for Plaintiff* | Ricardo Bonilla |
| *Proximity Sensors of Texas, LLC* | Texas Bar No. 24082704 |
| | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | P: (214) 747-5070 |
| | rbonilla@fr.com |
| | |
| | *Counsel for Defendant Microsoft Corporation* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2018, I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

                                                                                           */s/ Timothy E. Grochocinski*
                                                                                            Timothy E. Grochocinski