## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **PROXIMITY SENSORS OF TEXAS** | § | |
| **LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:17cv573-JRG-JDL** |
| | § | |
| **MICROSOFT CORP.** | § | |

## <u>FINAL JUDGMENT</u>

Pursuant to the Stipulation of Dismissal Without Prejudice, the Court hereby enters Final Judgment.  Plaintiff Proximity Sensors of Texas, LLC filed suit against Defendant Microsoft Corp. on October 12, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 10th day of April, 2018.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE